UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NATASHA LEAH WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>　　　　Defendant. | Civil No. 3:24-cv-00026-MK<br><br><br><br>ORDER FOR REMAND |

　　IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings.

　　On remand, the administrative law judge will offer Plaintiff the opportunity for another hearing; obtain supplemental testimony from a vocational expert, if warranted; take any further action needed to complete the administrative record, and, issue a new decision.

　　After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

　　IT IS SO ORDERED this 2nd day of October 2024.


　　　　　　　　　　　　　　　　　　　　s/ Mustafa T. Kasubhai
　　　　　　　　　　　　　　　　　　　　MUSTAFA T. KASUBHAI (He / Him)
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

s/ *Sathya Oum*
Sathya Oum
Special Assistant United States Attorney
Attorneys for Defendant
(510) 970-4846